Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

**Stefanie A. Cerrone**
D 212.704.6221
stefanie.cerrone@troutman.com

December 30, 2025

<u>**VIA ECF**</u>

Hon. Gregory H. Woods
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 1/2/2026

**MEMORANDUM ENDORSED**

    **Re:**    *Jeffrey Gersten and Katya Gersten v. Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. d/b/a Anthem Blue Cross and Blue Shield*
            **Civil Action No. 1:25-cv-08721**
            <u>**Consent Motion for Adjournment of Initial Pretrial Conference**</u>

Your Honor:

    This firm represents Defendant Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. d/b/a Anthem Blue Cross and Blue Shield ("Anthem") in the above-referenced action. With Plaintiffs' consent, Anthem requests an adjournment of the Initial Pretrial Conference currently scheduled in this matter for January 14, 2026. In support of this request and in accordance with your Individual Rules of Practice, Anthem states the following:

1. The Initial Pretrial Conference is currently scheduled for January 14, 2026, at 4:00PM, by telephone (Dkt. No. 9);

2. A Waiver of Service has been filed in this matter, making Anthem's deadline to respond to the Complaint January 16, 2026 (Dkt. No. 11), two days after the scheduled Conference;

3. Counsel for Anthem has conferred with counsel for Plaintiffs, and the parties propose the following alternative dates for a telephonic conference:

    a. February 16 – 20, 2026

4. This is Anthem's first request for an adjournment of this conference;

5. This request is made with the consent of Plaintiffs; and

6. The requested extension will not affect any other scheduled appearances or deadlines.

troutman
pepper locke

December 30, 2025
Page 2

---

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

*Stefanie Cerrone*

Stefanie A. Cerrone

Application granted.  Defendant's request to adjourn the initial pretrial conference is granted.  The initial pretrial conference scheduled for January 14, 2026 is adjourned to February 17, 2026 at 3:00 p.m.  The joint status letter and proposed case management plan described in the Court's November 3, 2025 order, Dkt. No. 9, are due no later than February 10, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated:  January 2, 2026        _____
New York, New York            GREGORY H. WOODS
                              United States District Judge

2